CARL WIDMER *v.* APCO OIL CORPORATION

5-4422                                              421 S. W. 2d 888

Opinion delivered December 18, 1967

*Carl Widmer,* pro se.

*Warner, Warner, Ragon & Smith,* for appellee.

CONLEY BYRD, Justice. The issues in this appeal by appellant, Carl Widmer, against appellee, Apco Oil Corporation, are identical, except for names of parties and amounts, with those in *Carl Widmer* v. *Gibble Oil Company,* 243 Ark. 735, 421 S. W. 2d 886, decided this date. The case is affirmed for the reasons therein stated.